IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL EDWARDS SIMMONDS, REBECCA JO SIMMONDS, and BENJAMIN PAUL SIMMONDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. CIV-10-493-JHP ) |
| DARIN J. UPTON, individually and in his official capacity as an agent of the DISTRICT 17 DRUG TASK FORCE FOR THE STATE OF OKLAHOMA, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

# JUDGMENT

Pursuant to this Court's Order granting Defendants' Motion for Summary Judgment on the 11th day of April, 2011, the Court enters judgment for the Defendants and against the Plaintiffs.

**IT IS SO ORDERED** this 11th day of April, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma

1